**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1.  Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl

    Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure

    to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental

    anguish, economic injuries, and personal injuries as described below.

2.  Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.  Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | **3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company** |
|---|---|
| Defendant 2 | **AGC CHEMICALS AMERICAS INC.** |
| Defendant 3 | **AMEREX CORPORATION** |
| Defendant 4 | **ARCHROMA U.S. INC.** |
| Defendant 5 | **ARKEMA, INC.** |
| Defendant 6 | **BASF CORPORATION** |
| Defendant 7 | **BUCKEYE FIRE EQUIPMENT COMPANY** |
| Defendant 8 | **CARRIER GLOBAL CORPORATION** |
| Defendant 9 | **CHEMDESIGN PRODUCTS, INC.** |
| Defendant 10 | **CHEMGUARD, INC.** |
| Defendant 11 | **CHEMICALS, INC.** |
| Defendant 12 | **CHEMOURS COMPANY FC, LLC** |
| Defendant 13 | **CHUBB FIRE, LTD** |
| Defendant 14 | **CLARIANT CORP.** |
| Defendant 15 | **CORTEVA, INC.** |
| Defendant 16 | **DAIKIN AMERICA, INC.** |
| Defendant 17 | **DEEPWATER CHEMICALS, INC.** |
| Defendant 18 | **DU PONT DE NEMOURS INC. (f/k/a DOWDUPONT INC.)** |
| Defendant 19 | **DYNAX CORPORATION** |
| Defendant 20 | **E.I. DU PONT DE NEMOURS AND COMPANY** |
| Defendant 21 | **JOHNSON CONTROLS, INC.** |
| Defendant 22 | **KIDDE PLC** |
| Defendant 23 | **NATION FORD CHEMICAL COMPANY** |
| Defendant 24 | **NATIONAL FOAM, INC.** |
| Defendant 25 | **PERIMETER SOLUTIONS, LP** |

| Defendant 26 | **THE CHEMOURS COMPANY** |
|---|---|
| Defendant 27 | **TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company** |
| Defendant 28 | **UNITED TECHNOLOGIES CORPORATION** |
| Defendant 29 | **UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.)** |
| Defendant 30 | |

### Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☒     Diversity

☐     Federal Question

☐     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐     Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer

Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**<u>Causes of Action</u>**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

<u>Other Causes of Action</u>:
Count XII – _____
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others
_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.


Date: September 3, 2025.

Respectfully Submitted,

**TURNBULL, MOAK & PENDERGRASS, P.C.**


*/s/ Zachary J. Peagler*
Zachary J. Peagler
D. Brett Turnbull
Brett H. Hollett
TURNBULL MOAK & PENDERGRASS, P.C.
2501 20th Place South, Ste 425
Homewood, AL 35223
Telephone: 205.831.5040
Facsimile: 205.848.6300
Email: zpeagler@turnbullfirm.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Archelle, Jamie | 1/3/1976 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 2. | Barker, Wanda | 4/10/1941 | Texas | Southern District of TX | | Yes | | kidney cancer and thyroid disease | I through IX |
| 3. | Bell, John | 8/12/1955 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 4. | Calderon, Ricardo | 11/18/1986 | Texas | Western District of Texas | | Yes | | thyroid disease | I through IX |
| 5. | Carlton, Karen | 8/1/1961 | Washington | Western District of WA | | Yes | | thyroid cancer | I through IX |
| 6. | Damron, Sr, Terry | 8/27/1954 | Colorado | United States District Court District of CO | | Yes | | thyroid cancer | I through IX |
| 7. | Davis, Debra | 5/16/1960 | Oklahoma | Western District of OK | | Yes | | liver cancer | I through IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Dawley, Robert | 2/4/1948 | New York | Western District of NY | | Yes | | testicular cancer | I through IX |
| 9. | Delgado, David | 4/8/1994 | Texas | Southern District of TX | | Yes | | thyroid cancer | I through IX |
| 10. | Figueroa, Eduardo | 4/25/1976 | North Carolina | Middle District of NC | | Yes | | thyroid disease | I through IX |
| 11. | Garner, Samuel | 1/4/1957 | New York | Western District of NY | | Yes | | thyroid disease | I through IX |
| 12. | Gonzales, Alyssa | 3/31/2005 | Texas | Northern District of TX | | Yes | | thyroid disease | I through IX |
| 13. | Gonzales, Rachelle | 9/24/1977 | Texas | Northern District of TX | | Yes | | thyroid cancer and thyroid disease | I through IX |
| 14. | Green, Dusty | 11/27/1950 | Texas | Eastern District of TX | | Yes | | liver cancer | I through IX |
| 15. | Hall, Daniel | 10/6/1960 | Pennsylvania | Western District of PA | | Yes | | thyroid disease | I through IX |
| 16. | Harper, Larry | 7/25/1949 | California | Eastern District of CA | | Yes | | kidney cancer | I through IX |
| 17. | Hatcher, Roger | 2/7/1957 | Texas | Northern District of TX | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Haupt III, John | 2/28/1948 | California | Southern District of CA | | Yes | | thyroid disease | I through IX |
| 19. | Hawke, Randolph | 11/18/1959 | California | Central District of CA | | Yes | | thyroid disease | I through IX |
| 20. | Hazelton, Yolanda | 3/25/1965 | Georgia | Northern District of GA | | Yes | | kidney cancer | I through IX |
| 21. | Heath, Adam | 3/17/1983 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 22. | Hebebrand, Jennifer | 7/26/1981 | Ohio | Northern District of OH | | Yes | | kidney cancer | I through IX |
| 23. | Hebert, Tommy | 9/25/1942 | Texas | Eastern District of TX | | Yes | | kidney cancer | I through IX |
| 24. | Hefner, Jeffery | 11/23/1970 | Oklahoma | Northern District of OK | | Yes | | liver cancer | I through IX |
| 25. | Hein, John | 9/8/1945 | Washington | Eastern District of WA | | Yes | | ulcerative colitis | I through IX |
| 26. | Helin, William | 2/21/1952 | Minnesota | United States District Court District of MN | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 27. | Helms Robertson, Edna | 2/22/1942 | Texas | Northern District of TX | | Yes | | kidney cancer | I through IX |
| 28. | Helton, Thomas | 2/15/1962 | Ohio | Southern District of OH | | Yes | | kidney cancer | I through IX |
| 29. | Henderson, Ralph | 6/11/1949 | Texas | Northern District of TX | | Yes | | kidney cancer | I through IX |
| 30. | Hendricks, Tiarra | 5/24/1988 | Wisconsin | Eastern District of WI | | Yes | | kidney cancer | I through IX |
| 31. | Henry, Lawrence | 10/31/1921 | Texas | Western District of TX | | Yes | | ulcerative colitis | I through IX |
| 32. | Henshaw, Retta | 2/20/1962 | Oklahoma | Eastern District of OK | | Yes | | thyroid disease | I through IX |
| 33. | Hervy, Arnold | 12/15/1957 | Florida | Middle District of FL | | Yes | | kidney cancer | I through IX |
| 34. | Hightower, Joyce | 1/17/1941 | Minnesota | United States District Court District of MN | | Yes | | kidney cancer | I through IX |
| 35. | Hignight, John | 12/21/1961 | Utah | United States District Court District of UT | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Hinojosa, Irma | 1/6/1960 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 37. | Hintz, Cathy | 8/7/1963 | Michigan | Eastern District of MI | | Yes | | kidney cancer and thyroid disease | I through IX |
| 38. | Hodge, Bobby | 11/4/1960 | Tennessee | Western District of TN | | Yes | | kidney cancer | I through IX |
| 39. | Holder, Alvin | 8/31/1975 | Virginia | Eastern District of VA | | Yes | | testicular cancer | I through IX |
| 40. | Holder, Donald | 8/5/1950 | Oklahoma | Western District of OK | | Yes | | kidney cancer | I through IX |
| 41. | Holman, Cornelia | 11/5/1961 | Mississippi | Northern District of MS | | Yes | | ulcerative colitis | I through IX |
| 42. | Holt, Anthony | 1/23/1961 | Michigan | Eastern District of MI | | Yes | | kidney cancer | I through IX |
| 43. | Horn, Bernard | 12/22/1951 | New York | Northern District of NY | | Yes | | thyroid cancer | I through IX |
| 44. | Hornsby, Huey | 11/7/1953 | New York | Western District of NY | | Yes | | kidney cancer and thyroid disease | I through IX |
| 45. | House, Brittany | 6/6/1985 | Washington | Western District of WA | | Yes | | thyroid cancer | I through IX |
| 46. | Howald, Kathleen | 1/10/1951 | Oregon | United States | | Yes | | ulcerative colitis | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District Court District of OR | | | | | |
| 47. | Howard, David | 7/18/1950 | Alabama | Southern District of AL | | Yes | | kidney cancer | I through IX |
| 48. | Howard, Louise | 10/29/1949 | Oregon | United States District Court District of OR | | Yes | | kidney cancer | I through IX |
| 49. | Huett, Gary | 1/8/1963 | Montana | Northern District of MO | | Yes | | kidney cancer | I through IX |
| 50. | Humphrey, Daniel | 4/27/1956 | Ohio | Northern District of OH | | Yes | | kidney cancer | I through IX |
| 51. | Hunt, Trudy | 1/23/1970 | Ohio | Southern District of OH | | Yes | | ulcerative colitis | I through IX |
| 52. | Hunter, Catherine | 2/14/1949 | Alabama | Northern District of AL | | Yes | | thyroid disease | I through IX |
| 53. | Hunter, Eileen | 1/29/1955 | California | Western District of TX | | Yes | | kidney cancer | I through IX |
| 54. | Hyder, Maryann | 12/19/1953 | Maine | United States District Court | | Yes | | ulcerative colitis | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of ME | | | | | |
| 55. | Ingram, Karen | 6/23/1966 | New York | Eastern District of NY | | Yes | | ulcerative colitis | I through IX |
| 56. | Jackier, Barry | 2/21/1958 | Idaho | United States District Court District of ID | | Yes | | kidney cancer | I through IX |
| 57. | Jackson, Albert | 11/9/1961 | Mississippi | Southern District of MS | | Yes | | kidney cancer | I through IX |
| 58. | Jackson, Annie | 8/6/1953 | Montana | Western District of MO | | Yes | | kidney cancer | I through IX |
| 59. | Jackson, Carrolyn | 11/20/1960 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 60. | Jackson Sr., Kenneth | 11/21/1954 | Maryland | United States District Court District of MD | | Yes | | kidney cancer | I through IX |
| 61. | Jackson, Ramona | 3/1/1953 | Montana | Northern District of OH | | Yes | | kidney cancer | I through IX |
| 62. | James, Dojer | 12/4/1960 | North Carolina | Middle District of NC | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 63. | Janicsek, Sandy | 8/14/1946 | Delaware | United States District Court District of DE | | Yes | | thyroid disease | I through IX |
| 64. | Jarrell, Glen | 6/23/1944 | West Virginia | Southern District of WV | | Yes | | kidney cancer | I through IX |
| 65. | Jennings, Michael | 8/9/1947 | Oklahoma | Western District of OK | | Yes | | thyroid cancer | I through IX |
| 66. | Jett, Ricky | 7/3/1962 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 67. | Jimerson, Betty | 4/16/1963 | Washington | Western District of WA | | Yes | | kidney cancer | I through IX |
| 68. | Johnson, Buford | 12/19/1959 | Arkansas | Eastern District of AR | | Yes | | kidney cancer | I through IX |
| 69. | Johnson, Harry | 7/15/1970 | Utah | United States District Court District of UT | | Yes | | kidney cancer | I through IX |
| 70. | Johnson, James | 7/14/1926 | Montana | Western District of MO | | Yes | | thyroid disease | I through IX |
| 71. | Johnson, Larry | 2/21/1969 | Arkansas | Eastern District of AR | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 72. | Johnson, Lenese | 2/13/1948 | Alabama | Southern District of AL | | Yes | | kidney cancer | I through IX |
| 73. | Johnson, Mary | 8/5/1956 | Mississippi | Southern District of MS | | Yes | | ulcerative colitis | I through IX |
| 74. | Johnson, Nathaniel | 9/14/1983 | Ohio | Northern District of OH | | Yes | | thyroid disease | I through IX |
| 75. | Johnson, Troy | 6/29/1971 | Nebraska | United States District Court District of NE | | Yes | | kidney cancer | I through IX |
| 76. | Johnson-Conner, Helen | 9/2/1962 | Texas | Southern District of TX | | Yes | | ulcerative colitis | I through IX |
| 77. | Johnston Sr., Gregory | 8/7/1968 | Texas | Eastern District of TX | | Yes | | kidney cancer | I through IX |
| 78. | Jones, Howard | 8/2/1952 | Texas | Southern District of TX | | Yes | | thyroid disease | I through IX |
| 79. | Jones, Jettie | 3/16/1959 | Nebraska | United States District Court District of NE | | Yes | | thyroid cancer | I through IX |
| 80. | Jones, Paul | 4/6/1957 | Pennsylvania | Eastern District of PA | | Yes | | thyroid disease | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 81. | Jones, Ronald | 7/29/1949 | Arizona | United States District Court District of AZ | | Yes | | liver cancer | I through IX |
| 82. | Jones, Theodore | 7/27/1948 | Pennsylvania | Western District of PA | | Yes | | kidney cancer | I through IX |
| 83. | Jones, Vanessa | 7/8/1951 | Montana | Western District of MO | | Yes | | thyroid disease | I through IX |
| 84. | Jones, Willie | 1/8/1971 | Mississippi | Northern District of MS | | Yes | | kidney cancer | I through IX |
| 85. | Jones, Willie | 3/28/1954 | Mississippi | Northern District of MS | | Yes | | kidney cancer | I through IX |
| 86. | Jordan, Clarence | 10/10/1964 | Ohio | Northern District of OH | | Yes | | kidney cancer | I through IX |
| 87. | Jordan, Lynda | 1/6/1954 | Indiana | Southern District of IN | | Yes | | kidney cancer | I through IX |
| 88. | Kadlec, Susan | 1/17/1958 | Iowa | Southern District of IA | | Yes | | kidney cancer | I through IX |
| 89. | Kalinowski, Richard | 8/25/1971 | Michigan | Eastern District of MI | | Yes | | testicular cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 90. | Karr, Nancy | 7/21/1962 | Texas | Eastern District of TX | | Yes | | ulcerative colitis | I through IX |
| 91. | Kemp, Katherine | 12/9/1972 | Texas | Western District of TX | | Yes | | thyroid disease | I through IX |
| 92. | Kemp, Thomas | 8/7/1956 | Washington | Western District of WA | | Yes | | kidney cancer | I through IX |
| 93. | Kennedy, Gladys | 3/16/1965 | Illinois | Northern District of IL | | Yes | | kidney cancer | I through IX |
| 94. | Kent, Joseph | 3/12/1952 | Nevada | United States District Court District of NV | | Yes | | thyroid cancer | I through IX |
| 95. | Kim, Mark | 5/17/1963 | Illinois | Northern District of IL | | Yes | | kidney cancer | I through IX |
| 96. | Kinard, Alice | 8/21/1960 | North Carolina | Eastern District of NC | | Yes | | thyroid disease | I through IX |
| 97. | King, Wilbert | 7/15/1970 | Illinois | Northern District of IL | | Yes | | kidney cancer | I through IX |
| 98. | Kinnison, Brian | 6/1/1961 | Nebraska | United States District Court District of NE | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Kirchman, Arthur | 6/3/1938 | North Carolina | Middle District of NC | | Yes | | ulcerative colitis | I through IX |
| 100. | Kirchman, Glenda | 3/15/1951 | North Carolina | Middle District of NC | | Yes | | ulcerative colitis | I through IX |
| 101. | Kitch, John | 4/10/1957 | Mississippi | Southern District of MS | | Yes | | kidney cancer | I through IX |
| 102. | Kitchens, David | 12/1/1986 | Mississippi | Eastern District of MS | | Yes | | kidney cancer | I through IX |
| 103. | Lacy, Kelly | 3/28/1961 | Arizona | United States District Court District of AZ | | Yes | | kidney cancer | I through IX |
| 104. | LaFalce, Christopher | 4/26/1971 | Florida | Southern District of FL | | Yes | | kidney cancer | I through IX |
| 105. | Lafave, Nancy | 3/14/1952 | Minnesota | United States District Court District of MN | | Yes | | kidney cancer | I through IX |
| 106. | Laher Sr., Frank | 1/26/1948 | Nebraska | United States District Court District of NE | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Lake, Jeffrey | 11/14/1966 | New York | Northern District of New York | | Yes | | kidney cancer | I through IX |
| 108. | Lambie, Wanda | 2/23/1948 | Texas | Southern District of TX | | Yes | | kidney cancer | I through IX |
| 109. | Lamica, John | 12/21/1952 | Georgia | Northern District of GA | | Yes | | kidney cancer | I through IX |
| 110. | Lamonte, Salvador | 8/15/1965 | Louisiana | Eastern District of LA | | Yes | | kidney cancer | I through IX |
| 111. | Lance Jr., Ernest | 9/23/1966 | Missouri | Western District of MO | | Yes | | kidney cancer | I through IX |
| 112. | Lance, Gabriel | 2/4/1952 | Georgia | Northern District of GA | | Yes | | liver cancer | I through IX |
| 113. | Landrum, Timothy | 1/24/1967 | California | Southern District of CA | | Yes | | kidney cancer | I through IX |
| 114. | Langford, Marlon | 12/2/1970 | Colorado | United States District Court District of CO | | Yes | | testicular cancer | I through IX |
| 115. | Larnerd, Glenn | 10/26/1959 | Pennsylvania | Middle District of PA | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Larson, Arvid | 12/1/1960 | Washington | Western District of WA | | Yes | | kidney cancer | I through IX |
| 117. | Lassey II, Harry | 9/12/1955 | Texas | Eastern District of TX | | Yes | | testicular cancer | I through IX |
| 118. | Lawson, Teresa | 3/15/1955 | North Carolina | Middle District of North Carolina | | Yes | | kidney cancer | I through IX |
| 119. | Leach-Fiolka, Renee | 2/17/1971 | Indiana | Southern District of IN | | Yes | | ulcerative colitis | I through IX |
| 120. | Lee, Juanita | 10/22/1970 | Oklahoma | Northern District of OK | | Yes | | ulcerative colitis | I through IX |
| 121. | Lehn, Curtis | 10/6/1951 | Nebraska | United States District Court District of NE | | Yes | | kidney cancer | I through IX |
| 122. | Lemoine, Robin | 2/20/1973 | Texas | Eastern District of TX | | Yes | | kidney cancer | I through IX |
| 123. | Lentz, Edward | 7/12/1945 | Texas | Southern District of TX | | Yes | | kidney cancer and thyroid disease | I through IX |
| 124. | Manor, Maxine | 12/5/1947 | Texas | Eastern District of TX | | Yes | | liver cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Martinez, Daniel | 10/19/1933 | Texas | Southern District of TX | | Yes | | liver cancer | I through IX |
| 126. | Mattick, Charles | 9/4/1946 | New York | Northern District of NY | | Yes | | ulcerative colitis | I through IX |
| 127. | Miles, Marcel | 5/11/1977 | Texas | Southern District of TX | | Yes | | liver cancer | I through IX |
| 128. | Miranda, Luis | 4/23/1972 | Massachusetts | United States District Court District of MA | | Yes | | kidney cancer | I through IX |
| 129. | Moore, Kimberlee | 12/16/1964 | Arizona | United States District Court District of AZ | | Yes | | liver cancer | I through IX |
| 130. | Moreau, Beverly | 3/24/1964 | Illinois | Northern District of IL | | Yes | | ulcerative colitis | I through IX |
| 131. | Morgan, Sha'wonder | 5/17/1978 | Texas | Eastern District of TX | | Yes | | ulcerative colitis | I through IX |
| 132. | Ned, Nicholas | 5/20/1982 | Texas | Southern District of TX | | Yes | | thyroid disease | I through IX |
| 133. | Paolino, Deborah | 5/1/1955 | Florida | Middle District of FL | | Yes | | liver cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Penchion, Kimberly | 9/22/1976 | Texas | Western District of TX | | Yes | | thyroid disease | I through IX |
| 135. | Peyton-Young, Carol | 5/31/1946 | Texas | Southern District of TX | | Yes | | thyroid disease | I through IX |
| 136. | Quintero, Samuel | 10/2/1979 | Texas | Western District of TX | | Yes | | kidney cancer | I through IX |
| 137. | Randolph, Erma | 10/9/1942 | Texas | Southern District of TX | | Yes | | liver cancer | I through IX |
| 138. | Rivera, Jennifer | 7/27/1971 | Texas | Western District of TX | | Yes | | thyroid disease | I through IX |
| 139. | Rogers, Claudia | 12/8/1948 | Texas | Northern District of TX | | Yes | | thyroid disease | I through IX |
| 140. | Rogers, Ralph | 6/15/1946 | Texas | Northern District of TX | | Yes | | kidney cancer and thyroid cancer | I through IX |
| 141. | Rust, William | 7/27/1949 | Missouri | Western District of MO | | Yes | | kidney cancer | I through IX |
| 142. | Sanders, David | 9/22/1947 | Texas | Northern District of TX | | Yes | | thyroid disease | I through IX |
| 143. | Solberg, Gary | 12/1/1946 | Tennessee | Middle District of Tennessee | | Yes | | liver cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 144. | Stimson, Heather | 6/1/1982 | Iowa | Southern District of IA | | Yes | | ulcerative colitis | I through IX |
| 145. | Urbancic, Margie | 11/10/1927 | Illinois | Northern District of IL | | Yes | | thyroid cancer | I through IX |
| 146. | Walker, Jr., Thomas | 11/12/1948 | Michigan | Eastern District of MI | | Yes | | thyroid disease | I through IX |
| 147. | Wallace, Joyce | 9/10/1967 | Arkansas | Eastern District of AR | | Yes | | kidney cancer | I through IX |
| 148. | Walsh, Crystal | 11/4/1973 | Arizona | United States District Court District of AZ | | Yes | | thyroid disease | I through IX |
| 149. | Wankan, Don | 2/3/1941 | Texas | Northern District of TX | | Yes | | kidney cancer | I through IX |
| 150. | Ward, Michelle | 11/11/1985 | Ohio | Northern District of OH | | Yes | | kidney cancer | I through IX |